AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

MAY 2 1 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony BROWN Jr. | ) | Case No. |
| | ) | |
| | ) | |
| | ) | **H19-0926M** |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 23, 2019 _____ in the county of _____ Harris _____ in the
_____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 4901; Escape-Escape from a HalfwayHouse | |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
_Complainant's signature_

M-Bar    Dusm
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _My 21 2019_

_____
_Judge's signature_

City and state: _Houston, TX_

Nancy Johnson
_Printed name and title_

## Affidavit in Support of Criminal Complaint

I, Moncies Bara, being duly sworn hereby depose and state:

1.      That I am a Deputy United States Marshal with the United States Marshal Service in Houston, Texas and have been employed in this capacity since October 2005.

2.      During my employment with the United States Marshal Service, I have trained investigations relating to the escape of federal prisoners. I am currently assigned to the Gulf Coast Violent Offenders & Fugitive Task Force. My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3.      This affidavit is prepared in conjunction with the request for a complaint and arrest warrant for Anthony BROWN Jr. who escaped from the Leidel RRC halfway house detention facility located at 1819 Commerce St, Houston, Texas 77002 on April 23, 2019, at 7:30pm.

4.      Leidel RRC Houston is a privately operated halfway house contracted by the United States Bureau of Prisons to house federal prisoners. On April 8, 2019 Anthony BROWN Jr. was placed in the Leidel RRC facility by the United States Bureau of Prisons to serve the remainder of his federal sentence.

5.      On April 23, 2019, at 7:30pm, Leidel RRC staff conducted an accountability check on inmate BROWN's home detention site. Inmate BROWN was unaccountable. U.S. Marshals office was notified at approximately 06:20am. The USMS also received a BP A0393 NOTICE OF ESCAPED FEDERAL PRISONER identifying BROWN as the escapee.

6.      On April 24, 2019, after being notified of the escape, the U.S. Marshals declared BROWN as an escaped prisoner and entered him in NCIC, for the violation of Title 18 USC 751(a), and began the fugitive investigation.

7.      Based on the fugitive investigation, I believe that BROWN has escaped from home detention as supervised by Leidel RRC.

8.      I believe that probable cause exists to believe that Anthony BROWN Jr. violated Title 18, United States Code, Section 751(a); Escape.

9.      On May 4, 2019 BROWN was stopped and arrested by the Department of Public Safety (DPS) and was charged with a new offense of Felon-Possession of a Firearm and was also detained based on the NCIC entry of Escape. He is currently in custody on the new local charge.

Moncies Bara
Deputy U.S. Marshal
United States Marshal Service


Sworn to before me this 20th day of May, 2019, and I find probable cause.



United States Magistrate Judge